# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TALISMAN CAPITAL TALON FUND, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> RUDOLF W. GUNNERMAN and SULPHCO, INC., <br><br> Defendants. | 3:05-CV-354-BES (RAM) <br><br> **MINUTES OF THE COURT** <br><br> May 24, 2006 |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed an Emergency Motion to Compel and Proposed Order (Doc. #42). Attached to the Motion are a series of letters between counsel one of which (Exhibit 15) refers to the requirement of personal consultation before seeking judicial relief.

LR 26-7(b) provides that "Discovery motions will not be considered unless a statement of moving counsel is attached thereto certifying that, after personal consultation and sincere effort to do so, counsel have been unable to resolve the matter without court action."

Defendants' Motion does not contain such a certificate and a series of letters does not constitute a "personal consultation and sincere effort" to resolve the matter.

The court will not consider Defendants' Emergency Motion to Compel (Doc. #42) until there is compliance with the above Rule.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:       /s/
       Deputy Clerk