# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TALISMAN CAPITAL TALON FUND, LTD., | ) | 3:05-CV-354-BES (RAM) |
| | ) | |
| | ) | **MINUTES OF THE COURT** |
| Plaintiff, | ) | |
| | ) | May 30, 2006 |
| vs. | ) | |
| | ) | |
| RUDOLF W. GUNNERMAN and SULPHCO, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendants have filed a Motion for Order Shortening Time (Doc. #43). Plaintiff has opposed the Motion (Doc. #52) and Defendants have replied (Doc. #53).

   Defendants' Motion for Order Shortening Time (Doc. #43) is **DENIED**. The court will consider an extension to file dispositive motions when it decides the Motion to Compel (Doc. #42).

   IT IS SO ORDERED.

                              LANCE S. WILSON, CLERK
                              By:        /s/
                                   Deputy Clerk