KENT R. ROBISON, ESQ. (SBN 1167)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Telephone:    (775) 329-3151
Facsimile:    (775) 329-7169

– and --

ANDREW R. LEE, ESQ., *pro hac vice*
AIMEE M. QUIRK, ESQ., *pro hac vice*
EMILY E. EAGAN, *pro hac vice*
Jones Walker Waechter Poitevent Carrere & Denegre, LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Lousiana 70170-5100
Telephone:    (504) 582-8664
Facsimile:    (504) 589-8664

Attorneys for Plaintiff Talisman Capital Talon Fund, Ltd.

ELECTRONICALLY FILED 8/14/07

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| TALISMAN CAPITAL TALON FUND, LTD., | CASE NO.: 3:05-CV-N-0354-BES-RAM |
| Plaintiff, | |
| vs. | |
| RUDOLF W. GUNNERMAN AND SULPHCO, INC., | |
| Defendants. | |

## SUBSTITUTION OF ATTORNEYS

Plaintiff's local counsel are members of Beckley Singleton, Chtd. Defendants' local counsel are members of Lewis and Roca, LLP. Beckley Singleton, Chtd. and Lewis and Roca, LLP are in the process of affiliating their law firms. Because of these potential conflicts, it is necessary for Plaintiff to substitute its present local counsel with new local counsel.

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

KENT R. ROBISON, ESQ., and the law firm of ROBISON, BELAUSTEGUI, SHARP & LOW accepts their substitution as attorneys of record in the place and stead of BRUCE T. BEESLEY, ESQ., TRICIA M. DARBY, ESQ. and the law firm of BECKLEY SINGLETON, CHTD. as attorneys of record for Plaintiff, TALISMAN CAPITAL TALON FUND, LTD.

DATED: This 8th day of August, 2007.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

_____
KENT R. ROBISON (NSB#1167)

BRUCE T. BEESLEY, ESQ., TRICIA M. DARBY, ESQ. and the law firm of BECKLEY SINGLETON, CHTD. hereby consent to the substitution of KENT R. ROBISON, ESQ. and the law firm of ROBISON, BELAUSTEGUI, SHARP & LOW as attorneys of record for Plaintiff, TALISMAN CAPITAL TALON FUND, LTD.

DATED: This 9th day of August, 2007.

BECKLEY SINGLETON, CHTD.
Bank of America Plaza
50 West Liberty Street, Suite 410
Reno, Nevada 89501

_____
BRUCE T. BEESLEY (NSB#1164)

_____
TRICIA M. DARBY (NSB #7956)

2

1     Plaintiff, TALISMAN CAPITAL TALON FUND, LTD., hereby accepts the substitution

2 of KENT R. ROBISON, ESQ. and the law firm of ROBISON, BELAUSTEGUI, SHARP &

3 LOW in the place and stead of BRUCE T. BEESLEY, ESQ., TRICIA M. DARBY, ESQ. and the

4 law firm of BECKLEY SINGLETON, CHTD. as attorneys of record for the Plaintiff,

5

6 TALISMAN CAPITAL TALON FUND, LTD..

7     DATED:    This 8th day of August, 2007.

8                                            TALISMAN CAPITAL TALON FUND, LTD.

9

10                                            BY: _____

11                                            ITS: _____

12

13 **IT IS SO ORDERED.**

14 _____

15 **UNITED STATES MAGISTRATE JUDGE**
    DATED: _____ August 15, 2007 _____

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                   J:\WPData\Kn\1117.001\P-Substitution of Counsel.wpd

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

3

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, Attorneys at Law, a professional corporation, and that on this date a true copy of the attached **SUBSTITUTION OF ATTORNEYS** was deposited in the United States Mail, postage prepaid, addressed to the following:

E. LEIF REID, ESQ.
JASMINE MEHTA, ESQ.
Lewis and Roca LLP
5355 Kietzke Lane, Suite 200
Reno, NV 89511

BENJAMIN G. CHEW, ESQ.
T. MICHAEL GUIFFRE, ESQ.
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C. 20037

ANDREW R. LEE, ESQ.
AIMEE M. QUIRK, ESQ.
Jones Walker Waechter Poitevent Carrere & Denegre, LLP
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170

BRUCE T. BEESLEY, ESQ.
TRICIA M. DARBY, ESQ.
Beckley Singleton, Chtd.
50 West Liberty Street, Suite 410
Reno, NV 89501

DATED: This 14th day of August, 2007.

_____
V. JAYNE FERRETTO

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151