AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

TALISMAN CAPITAL TALON FUND, LTD.,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  **3:05-CV-000354-BES-RAM**

RUDOLF W. GUNNERMAN and
SULPHCO, INC.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that in accordance with the Court's FINDINGS OF FACT AND CONCLUSION OF LAW (#292) Judgment is hereby entered in favor of Defendants.


  May 14, 2009                            **LANCE S. WILSON**
                                                        Clerk

                                                          /s/ D. R. Morgan
                                                          Deputy Clerk